83,387·01

W-64,078-01-C
Cause no.

David Allen Jeffries

1943448
TDCJ# — This document contains some pages that are of poor quality at the time of imaging.

VS.

Caroline Woodburn, County District Clerk

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

In the 251st Judicial

District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 01 2015
Abel Acosta, Clerk

Potter, County Texas

A Plantiff's Original Application For Writ Of Mandamus

To The Honorable Judge of said Court: Ana E. Estevez

Comes now David Allen Jeffries, Relator, pro se in the above styled and numbered cause of action and files this original application for writ of mandamus, pursuant to Article 11.07 Section 3(c) of the Texas Code Of Criminal Procedure, And Would show the court the following:

B Relator

1.01 David Allen Jeffries TDCJ#1943448 is an offender incarcerated in the Texas Department Of Criminal Justice and is appearing pro se who can be located at Mitchell County, Texas 79512.
1.02 Relator has exhausted his remedies and has no other adequate remedy at law.
1.03 The act sought to be compelled is ministerial, not discretionary in nature, TCCP Article 11.07 Section 3(c) requires respondent to immediately transmit to the Court of Criminal Appeals a copy, a copy of the application for writ of habeas corpus, any answer filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which

that finding was made have been transmitted to the court of criminal appeals by respondent as required by statue, Relators would have received notice from the

## C. Respondent

2.01 Respondent Caroline Woodburn in her capacity as District Clerk of Potter county, Texas has a ministerial duty to recieve and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to TCCP Article 2.21 and is responsible under TCCP 11.07 Section 3(c) to immediately transmit to the court of criminal Appeals a copy of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which findings was made, if the convicting court decides that there are no issues to be resolved Caroline Woodburn, District clerk, Potter county may be served at her place of business at P.o. Box 9570 Amarillo, Texas 79105

## D. Violation Of Article 11.07 Of Texas Code OF Criminal Procedure

3.01 The Respondent Violated Article 11.07 Section 3(c) of The Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any answers filed and ~~████████~~ ~~████████████████████████████████████~~ ~~████████████████████~~ a certificate reciting the date up on which that finding was made to the court of Criminal Appeals within the time prescribed by law and a reasonable time from the date on which the documents were requested transmitted.

3.02 Request for the transmittal Of application for writ of habeas corpus, any answer filed, and a certificate reciting the date upon which that finding was made, were made by Relator to Caroline Woodburn District ~~████~~ Clerk Potter county by certified mailed letters dated __01/4/28/2015/__, pursuant to Article 11.07 Section 3(c) of the Code of Criminal Procedure, True and accurate copies of the above letters are attached here to as exhibits "A" ~~████████~~ and are incorporated by reference

herein for all purposes.

3.03. As is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks the transmittle of a copy of application ~~for~~ for Writ of habeas corpus, any answer filed, and certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such record are required by the Court of Criminal Appeals to act on the Relator's Writ of habeas corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas code of Criminal Procedure, Article 11.07 Section 3(c), is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondence and request.

3.05. Article 11.07 Section 3(c) clearly states that (I)f the convicting court decides that there are no such issue, the clerk shall immediately transmit To the Court of Criminal Appeals a copy of the application, any answer filed, and a certificate reciting the date upon which the finding was made failure of the Court to act within the allowed 20 days shall constitute such a finding Texas code of Criminal Procedure Article 11.07 Section 3(c) Respondent is in violation of this procedure, ministerial deties, and thus the law of this State.

B. Prayer For Relief

Wherefore, Premises Considered, Relator David Allen Jeffries # 1943448, pro se respectfully requests a finding that Respondent did not transmitt documents to the Court of Criminal Appeals within reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantionally prevailed. Relator prays for an Order directing Respondent to transmitt copy of application for Writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07 Section 3(c) of The Texas Code of Criminal Procedure and as

requested in Relator's letters Exhibits "A"

Respectfully Submitted

By David Alley Jeffries #1943448
Relator David Allen Jeffries

Exhibit A

District clerk, Caroline Woodburn,

I am writting this letter requesting a copy of my application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that findings was made to the court of criminal appeals, within the time prescribed by law and a reasonable time from the date on which the documents were requested (04-28-15) Failure in to provide these copies and requests will put this court in direct violation of article 1807 of the Texas criminal code of procedure "11.07 section 3(c)" If the request is not fullfilled a carbon copy of this letter will be attached to an mandamus and forwarded to the court of criminal appeals.

Once again please send the above documents requested, and if not, the said court will be in direct violation of Article 11.07 Section 3(c) of the Texas Criminal Code of procedure.

Thank you for your time and effort.

Respectfully

Submitted from a pelter
Jeffrei #1943449

# Potter County

P.O. Box 9570
Amarillo, Texas 79105-9570
501 S. Fillmore-Suite 1B

**Caroline Woodburn**
DISTRICT CLERK
www.co.potter.tx.us/districtclerk.index.html

806 / 379-2300
FAX: 806 / 372-5061
districtclerk@co.potter.tx.us

## INMATE CORRESPONDENCE REPLY – Govt. Code 552.028

TO: David Jeffries                    FROM : Caroline Wood burn
                                       District Clerk of Potter County, Texas

CAUSE NO. W-66078-01-C        STATE OF TEXAS VS. Jeffries

Dear Mr. Jeffries:                    Date: May 1, 2015

☒    Upon receipt of proper fee, the copies you requested will be prepared and mailed.
     Non-certified copies are .50 cents per page. Certified copies are $1.00 per page. The cost for copies requested will be:
     Application for writ of h/c - 19 pages at .50 per page = $9.50
     Exhibit A filed with the application for writ of habeas corpus - 19 pages at .50 per page = $9.50
     Memorandum filed with the application for writ of habeas corpus - 5 pages at .50 per page = $2.50
     (MUST BE MONEY ORDER OR CASHIER'S CHECK, ALSO INCLUDE A SELF-ADDRESSES STAMPED ENVELOPE).
     *See also Government Code 552.028. (a) a governmental body is not required to accept or comply with a request for information from (1) an individual who is imprisoned or confined in a correctional facility;.....*

☒    We will need a court order to prepare the copies you requested at no charge to you.

☐    Contact the Court Reporter listed below to request a copy of the Statement of Facts and fees.
     Name_____
     Address:_____

☒    Your Petition for Writ of Habeas Corpus has been received and was filed on 4/29/2015. Article 11.07 of the Texas Code of Criminal Procedure affords the State 15 days to answer. After that 15 days, the Court has 20 days in which it may order a hearing. If no order has been entered 35 days from the filing date,the petition will be forwarded to the Court of Appeals for their consideration.

☐    The following document has been filed in the above listed case:_____

☐    This date, the transcript of your Petition for Writ of Habeas Corpus has been forwarded to the Court of Appeals.

☐    This is to acknowledge your motion for Shock Probation, please be advised the Court has
     ☐ GRANTED
     ☐ DENIED
     ☐ NOT RESPONDED, to same.

☒    Other: As of todays date there have not been "any answers filed and a certificate recitting the date upon which that findings was made to the court of criminal appeals" filed with this office in the above listed cause.

     Please also be aware that pursuant to Government Code 552.028. (a) a governmental body is not required to accept or comply with a request for information from (1) an individual who is imprisoned or confined in a correctional facility;.....

All further correspondence should indicate the above cause number.

                              Yours Truly,
                              Caroline Woodburn
                              District Clerk Potter County
                              By _____ Deputy

Dear District Clerk: Caroline Woodburn,                May, 7th 2015

  Mrs. Woodburn, this letter is a response letter
upon recieving the letter about paying to recieve the
information requested acording to the Article 11.07 sec 3(C)
of the Writ of Habeas Corpus, which entitles me to
recieve a copy of the application for writ of Habeas corpus
any answers filed and a certificate reciting the date
upon which the findings was made to the Texas court
of Criminal Appeals within the time prescribe
by laws and within a reasonable time from the date
on which the documents were requested to be
transmitted.

  In this letter you will see futher proof that I am
pauperis and unable to pay requested fee to obtain
the copy of application for writ of habeas corpus.
You will The Texas Department of Criminal Justice
Inmate account Summary that I have no funds, and
see that it is notarized and accurate. That my request
should be afforded to the State.

  A carbon copy of this letter also will be forwarded to
The Texas court of Criminal Appeals to support any violations
of Article 11.07 sec 3(C) of the Writ for Habeas corpus.


              Thank you for your time


              Respectfully Submitted
              David allen Jeffress #01943448